# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, As subrogee of Jeremiah Patterson, ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO.: 5:21-cv-01107-HNJ |
| RICK CHAMBERS d/b/a R/C HOBBIES and GREPOW, INC. ) ) ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO RICK CHAMBERS D/B/A R/C HOBBIES

COME NOW the parties, by and through their respective counsel of record, and move this Court to dismiss all claims against Defendant, Rick Chambers d/b/a R/C Hobbies, without prejudice, all parties to bear their own costs.

Respectfully submitted,

Thomas Coleman, Jr.
*Attorney for Defendant Grepow, Inc.*

**OF COUNSEL:**
Thomas Coleman, Jr.
3500 Colonnade Pkwy, Suite 350
Birmingham, AL 35243
tom@ssp-law.com

*[signature]*

Christian C. Feldman
John W. Scott
Brad Gordon
*Attorneys for the Plaintiff*

**OF COUNSEL:**
John W. Scott
Christian C. Feldman
211 22nd Street North
Birmingham, AL 35203
jscott@scottdukeslaw.com
cfeldma@scottdukeslaw.com


Brad M. Gordon (to be admitted *pro hac vice*)
Grotefield Hoffman Gordon Ochoa & Evinger LLP
311 S. Wacker Drive, Suite 1500
Chicago, IL 60610
bgordon@ghlaw-llpc.com

*[signature]*

Gordon J. Brady, III
Thomas E. Bazemore, III
Hillary Fisher
Attorneys for Rick Chambers d/b/a R/C Hobbies

**OF COUNSEL:**
HUIE, FERNAMBUCQ AND STEWART, LLP
PUMP HOUSE PLAZA
3291 US Highway 280, Suite 200
Birmingham, AL 35243-4109
jbrady@huielaw.com
tbazemore@huielaw.com
hfisher@huielaw.com